# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-659-982**

**Effective date of registration:**

September 15, 2008

## Title
**Title of Work:** Wine Glasses and Bottle Design

## Completion/Publication
**Year of Completion:** 2005
**Date of 1st Publication:** June 16, 2006  **Nation of 1st Publication:** United States

## Author
- **Author:** 280 Design
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Winestore Holdings, LLC
1582 Lakewood Court, Lexington, KY 40502
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Winestore Holdings, LLC
**Name:** To whom it may concern
**Address:** 1582 Lakewood Court
Lexington, KY 40502 United States

## Certification
**Name:** Anup M. Shah
**Date:** September 15, 2008
**Applicant's Tracking Number:** 020353.000011

Case 3:13-cv-00575-GCM Document 1-1 Filed 10/15/13 Page 2 of 3

IPN#:

Registration #:  VA0001659982

Service Request #:  1-93449881

Moore & Van Allen PLLC
Attn: Anup M. Shah
100 North Tryon Street, Suite 4700
Charlotte, NC 28202