IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-575-GCM

| | | |
|---|---|---|
| WINESTORE HOLDINGS, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| METROKANE INC., | ) | |
|     Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. A Certification of Initial Attorneys Conference Report was filed in this matter in which the parties request a conference prior to the setting of a pre-trial order. Parties are directed to appear for a Status Conference on **October 21, 2014, at 2:00 p.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: October 6, 2014

Graham C. Mullen
United States District Judge